UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,          Case No. 1:12-CV-467 (GTS/RFT)

-vs-

RICHARD M. WINTERS,

          Defendant.

### DEFAULT JUDGMENT

Defendant Richard M. Winters having failed to appear to defend this action after having been served with process, it is hereby

**ORDERED** that Plaintiff United States of America's motion for default judgment pursuant to Fed. R. Civ. P. 55(b)(2) (Dkt. No. 8) is **GRANTED** in its entirety for the reasons stated therein, and that a default judgment be entered in favor of Plaintiff United States of America and against Defendant Richard M. Winters as follows:

| | |
|---|---|
| Principal balance | $2,712.45 |
| Total Interest Accrued<br>(From 5/17/92 to 9/17/12 = 7,428 days)<br>(Annual Interest Rate 8%) | $4,414.44 |
| .   Process Server Fees | $    55.00 |
| **TOTAL AMOUNT OF JUDGMENT** | **$7,181.89** |

Plus post-judgment interest pursuant to 28 U.S.C. §1961.

Dated:    September 17, 2012
             Syracuse, NY

*[signature]*
Hon. Glenn T. Suddaby
U.S. District Judge